**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2105**

In Re: STANLEY LORENZO WILLIAMS,

Petitioner.

On Petition for Writ of Habeas Corpus.  (1:08-cv-00492-TDS-RAE)

Submitted:  January 21, 2009          Decided:  February 11, 2009

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Stanley Lorenzo Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams filed a petition for an original writ of habeas corpus challenging his 2007 resentencing in a North Carolina state case. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2006), and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served by transferring the case to the district court. Accordingly, we deny Williams' motion to proceed in forma pauperis and dismiss the petition. See 28 U.S.C. § 1631 (2006). We also deny Williams' pending motion to show cause and to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED